IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **LEMKO CORPORATION,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:22-CV-363-L** |
| | § | |
| **MICROSOFT CORPORATION and** | § | |
| **AFFIRMED NETWORKS, INC.,** | § | |
| | § | |
| Defendants. | § | |

## ORDER OF REFERENCE

Before the court is the parties' Joint Motion for Focusing Patent Claims and Prior Art ("Motion") (Doc. 35), filed December 7, 2022.  According to the Motion, the parties agree to the provisions in the Northern District of Texas Model Order Focusing Patent Claims and Prior Art with the exception of the following: (1) the total number of claims asserted in the preliminary election; and (2) total number of claims asserted in the final election.  Thus, while the motion was filed as a "Joint Motion," it is not an agreed motion, and each party submitted a separate proposed order for the court's consideration.

Pursuant to 28 U.S.C. § 636(b), the Motion (Doc. 35) is **referred** to United States Magistrate Judge Rebecca Rutherford for hearing, if necessary, and for consideration and determination.  This order of reference also prospectively refers all procedural motions that are related to the referred Motion to the United States Magistrate Judge for resolution.  All future filings regarding the referred dispute shall be addressed "To the Honorable United States Magistrate Judge" – not to the district judge or court – and shall be accompanied by a transmittal letter addressed to the magistrate judge so that filings will reach her without delay.

**Order of Reference – Page 1**

**It is so ordered** this 12th day of January, 2023.

Sam A. Lindsay
United States District Judge